EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Sergio De Hoyos Beauchamp | 2008 TSPR 136<br><br>174 DPR _____ |

Número del Caso: TS-13428

Fecha: 11 de agosto de 2008

Abogado de la Parte Peticionaria:

      Lcdo. Fernando L. Torres Ramírez

Oficina de Inspección de Notarías:

      Lcda. Marla D. Ríos Díaz
      Directora

Materia: Reinstalación al ejecicio de la abogacía y de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

*Sergio De Hoyos Beauchamp*        TS-13428

Sala de Verano integrada por el Juez Asociado señor Rivera Pérez como su Presidente y las Jueces Asociadas señora Fiol Matta y señora Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de agosto de 2008

Atendida la *Moción Solicitando Permiso para Asumir la Representación del Querellado* suscrita por el Lcdo. Fernando L. Torres Ramírez así como la *Moción de Reconsideración y Reinstalación* presentadas por el querellado de epígrafe, se reinstala al licenciado De Hoyos Beauchamp al ejercicio de la profesión legal y de la notaría.

Se le apercibe al licenciado De Hoyos Beauchamp que en lo sucesivo deberá cumplir rigurosamente con las responsabilidades que le impone el ejercicio de la notaría.

Notifíquese vía facsímile y por teléfono.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo